# DAPEER LAW P.A.

**RACHEL DAPEER, ESQ.**
Licensed to practice in
Florida, New York & New Jersey

March 14, 2024

<u>Via CM/ECF</u>
Honorable Natasha C. Merle
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Solana v. USAA Federal Savings* Bank, Case No. 1:23-cv-06793
    Status report on status of settlement discussions

Dear Judge Merle:

  On January 23, 2024, the parties requested that the Court delay rescheduling the premotion conference previously set for January 26, 2024 while they explored settlement. The Court granted that request and directed the parties to file a joint status letter by March 14, 2024 providing an update of their settlement efforts and case status. The parties have been actively engaged in settlement discussions since that time and have made significant progress. The parties believe they likely can conclude their negotiations by April 17, 2024. To allow them to focus on and continue with these discussions, the parties jointly propose that (1) the Court not reschedule the premotion conference at this time and (2) they file a joint status report no later than April 17, 2024. If a resolution is reached in advance of that date, the parties will promptly notify the Court.

                  Sincerely,

                  <u>*/s/Rachel Dapeer*</u>
                  Rachel Dapeer, Esq.