# DAPEER LAW P.A.

**RACHEL DAPEER, ESQ.**
Licensed to practice in
Florida, New York & New Jersey

May 15, 2024

<u>Via CM/ECF</u>
Honorable Natasha C. Merle
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Solana v. USAA Federal Savings* Bank, Case No. 1:23-cv-06793
            Status report on status of settlement discussions

Dear Judge Merle:

    On January 23, 2024, the parties requested that the Court delay rescheduling the premotion conference previously set for January 26, 2024 while they explored settlement. The Court granted that and another extension request and directed the parties to file a joint status letter by May 15, 2024 providing an update of their settlement efforts and case status. The parties have been actively engaged in settlement discussions since that time and have made significant progress. Specifically, the parties are attempting to finalize a term sheet and believe they can conclude their negotiations, if at all, by June 4, 2024. To allow them to focus on and continue with these discussions, the parties jointly propose that (1) the Court not reschedule the premotion conference at this time and (2) they file a joint status report no later than June 4, 2024. If either a resolution is reached or negotiations fail in advance of that date, the parties will promptly notify the Court.

                                                                 Sincerely,

                                                                 Rachel Dapeer, Esq.