UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CASE NO: 1:23-cv-06793

GERARDO SOLANA,
individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

USAA FEDERAL SAVINGS BANK,

*Defendant*.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Gerardo Solana, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby dismiss this action as follows:

1. All claims of the Plaintiff, Gerardo Solana, individually, are hereby dismissed <u>without prejudice</u>.

2. All claims of any unnamed member of the alleged class are hereby dismissed <u>without prejudice</u>.

Date: June 17, 2024

Respectfully Submitted,

<u>/s/ *Rachel N. Dapeer*</u>
**DAPEER LAW, P.A.**
Rachel Dapeer, Esq.
New York Bar No. 4995130
3331 Sunset Avenue
Ocean, NJ 07712
T: 917-456-9603
rachel@dapeer.com

## CERTIFICATE OF SERVICE

       I hereby certify that on June 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                              By:    /s/ *Rachel Dapeer*
                                                           Rachel Dapeer